IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
US. DIST. COURT
BRUNSWICK DIV
'98 DEC 23 PM 2 30
CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| LEON ARMSTRONG, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO. CV298-123 |
| | * | |
| v. | * | |
| | * | |
| THE CITY OF BRUNSWICK, | * | |
| GEORGIA; and ROBERT CARROLL | * | |
| and GUNNER OLSON | * | |
| | * | |
| Defendants. | * | |

## MOTION TO EXTEND TIME FOR COMPLETION OF DISCOVERY

COME NOW the plaintiff and defendants in the above styled case, by and through their undersigned counsel, and move the Court for an Order extending the time for completion of discovery in the above-styled case for an additional thirty (30) days, until and including January 23, 1999. In support of said motion, the parties show the following:

1. Despite numerous trial schedulings, leaves of absence, and other matters, the parties in this case have completed substantial discovery, including depositions of the plaintiff, both of the individual named defendants, and some others.

2. Both parties desire to complete additional deposition discovery, which may require several additional scheduling dates. Both parties believe that any remaining discovery can reasonably be completed within thirty (30) days.

3. Discovery in this case is presently scheduled to expire December 24, 1998. The Court previously granted a thirty-day extension on application for a sixty-day extension, but the thirty day extension was inadequate. The parties have attempted to schedule the remaining discovery within the present extension, but have been unable to do so because of conflicts in their schedules.

4. The parties also request that any remaining scheduling deadlines be extended accordingly.

RESPECTFULLY SUBMITTED this 23rd day of December, 1998.

_____
Eugene Highsmith
Attorney for Plaintiff
Georgia Bar No. 352400

Post Office Box 997
Brunswick, Georgia 31521
(912) 265-6000

WHELCHEL, BROWN, READDICK
AND BUMGARTNER

BY: _____
Terry L. Readdick
Georgia Bar No.: 597200
Attorney for Defendants

Post Office Box 220
Brunswick, Georgia 31521
(912) 264-8544